UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUBEN RHODES,

    Petitioner,

v.

WARDEN, ROSS
CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 2:16–cv–74
JUDGE MICHAEL H. WATSON
Magistrate Judge King

## ORDER

This is an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2017, the United States Magistrate Judge recommended that the action be dismissed. Report and Recommendation ECF No. 14. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation, ECF No. 14, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT